ORIGINAL

1  Party Name, Address, Telephone &
   FAX Nos. & Email Address:
2  Marshall Sanders
3  1671 Kenny Ln
4  S.A. 92705 CA

FILED
JUN 16 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Marshall Sanders

Debtor(s),

Case No.: 15 - 13011 ES

Chapter: 13

Title: Appl. for Shortend time
(In re Sanders.)

☐ No hearing
☐ Hearing
DATE:
TIME:
COURTROOM:
PLACE:  411 W Fourth St
        Santa Ana, CA 92701

ORDER TO CHAMBERS 6/16/15

Trustee's Sale today 6/16/15 at 12 noon.

Peston

- 1 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1621 Kensing Ln.
Santa Ana CA 92705

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 6/16/15, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BANA 100 N. Tryon Ct., Charlotte, NC 28202
Wells Fargo 420 Montgomery St. San Francisco, CA 94104
NDSC 7720 N. 16th St., Ste. 300, Phoenix AZ 85020
SyLS, 3815 W. Temple, Salt Lk. City, UT 84115

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/16/15    Crystal O. Sanchez    [signature]
Date    Printed Name    Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 10    F 4001-1.IMPOSE.STAY.MOTION