# United States Bankruptcy Court
## Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## NOTICE OF NON–ENTITLEMENT TO DISCHARGE
## PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Marshall Samuel Sanders
**SSN:** xxx–xx–7338
**EIN:** N/A

1621 Kensing Ln
Santa Ana, CA 92705–3074

**BANKRUPTCY NO.**  8:15–bk–13011–ES
**CHAPTER**  13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above–named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced within four years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within two years before the filing of the above pending case. Pursuant to 11 U.S.C. Section 1328(f)(1) or 1328(f)(2), the debtor(s) is not eligible for a discharge in the above–captioned case.

Dated: June 16, 2015

By The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van131 10/06 rev. 06/07) VAN–131

**6 / COR**