|  | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUN 16 2015<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA –** *SANTA ANA* **DIVISION** ||
| In re:<br><br>MARSHALL SAMUEL SANDERS<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:15-BK-13011-ES<br>CHAPTER: 13 |
|  | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| **Movant** (*name*): Debtor ||

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

    b. *Date of filing of motion:* June 16, 2015

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: June 16, 2015

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: July 7, 2015** | **Place:** |
| **Time: 9:30 a.m.** | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| **Courtroom: 5A** | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing, a copy of this order, and a copy of the motion, declarations, and supporting documents (if any)** must be served upon all persons/entities listed using:

    ☒ one of the methods checked      ☐ all of the methods checked

(A) ☒ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☒ Facsimile*    ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| **Date: June 19, 2015** | **Secured Creditors and Chapter 13 Trustee** |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_      Page 2      **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, **written notice of the hearing, a copy of this order, and a copy of the motion, declarations, and supporting documents (if any)** must be served upon all persons/entities listed using:

    ☒ one of the methods checked    ☐ all of the methods checked

(A)  ☐ Personal Delivery  ☐ Overnight Mail  ☒ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* <br> **Date: June 19, 2015** | (C) *Persons/entities to be served with motion, declarations, supporting documents:* <br><br> **All other creditors** <br><br><br> (D) *Service is also required upon:* <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's copy personally delivered to chambers <br>    (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

  ☐ opposition to the motion may be made **orally** at the hearing

  ☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A)  ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

| (B) *Deadlines:* <br> **Date: June 26, 2015** | (C) *Persons/entities to be served with written opposition to the motion:* <br> **-- movant's attorney (or movant, if movant is not represented by an attorney)** <br><br><br> (D) *Service is also required upon:* <br> -- United States trustee (*electronic service is not permitted*) <br> -- Judge's copy personally delivered to chambers <br>    (*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

  ☐ a reply to opposition may be made **orally** at the hearing.

  ☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A)  ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 3      **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| **Date: July 2, 2015** | **-- All persons/entities who filed a written opposition** |
| | (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers <br> (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☒ at least 2 days before the hearing. |
|---|
| ☐ no later than:    Date:              Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: June 16, 2015

*/s/ Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**