United States Bankruptcy Court
Central District of California

In re:  
Marshall Samuel Sanders  
    Debtor

Case No. 15-13011-ES  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-8        User: hcoronaC        Page 1 of 1        Date Rcvd: Jun 16, 2015  
                           Form ID: van131      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db              E-mail/PDF: marshallssanders@yahoo.com Jun 17 2015 02:30:36     Marshall Samuel Sanders,  
                1621 Kensing Ln,   Santa Ana, CA 92705-3074  
smg             E-mail/Text: itcdbg@edd.ca.gov Jun 17 2015 02:31:23     Employment Development Dept.,  
                Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA 94280-0001  
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 17 2015 02:32:05     Franchise Tax Board,  
                Bankruptcy Section MS: A-340,   P.O. Box 2952,   Sacramento, CA 95812-2952  
36367407      E-mail/Text: cio.bncmail@irs.gov Jun 17 2015 02:31:15     Internal Revenue Service,  
                Fresno CA 93888  
                                                                                                                                                            TOTAL: 4

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                       TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2015                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2015 at the address(es) listed below:  
                Amrane (SA) Cohen (TR)   efile@ch13ac.com  
                United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov  
                                                                                                                                         TOTAL: 2

**United States Bankruptcy Court**
**Central District Of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF NON−ENTITLEMENT TO DISCHARGE
# PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Marshall Samuel Sanders
**SSN:** xxx−xx−7338
**EIN:** N/A

1621 Kensing Ln
Santa Ana, CA 92705−3074

**BANKRUPTCY NO.** 8:15−bk−13011−ES
**CHAPTER** 13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced within four years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within two years before the filing of the above pending case. Pursuant to 11 U.S.C. Section 1328(f)(1) or 1328(f)(2), the debtor(s) is not eligible for a discharge in the above−captioned case.

Dated: June 16, 2015

By The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van131 10/06 rev. 06/07) VAN−131    **6 / COR**