ORIGINAL

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
Facsimile: (714) 665-8012
E-mail: marshallssanders@yahoo.com



FILED
JUL -2 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Marshall Samuel Sanders, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In Re:                              ) Case No.: 8:15-bk-13011-ES
                                    )
                                    ) **REPLY OF MARSHALL SAMUEL
                                    ) SANDERS, DEBTOR, TO PURPORTED
                                    ) "CREDITORS'" OPPOSITION (LATE
Marshall Samuel Sanders,            ) FILED AND SEPARATELY OBJECTED
                                    ) TO VIA A MOTION TO STRIKE) TO
                    Debtor.         ) MOTION TO IMPOSE STAY**
                                    )
                                    )

COMES NOW Debtor, Marshall Samuel Sanders, who provides the following Reply to purported "creditors'" Opposition to Debtor's Motion to Impose Stay (see end of this document titled: Motion to Strike). This instant Debtor's Reply to Opposition to Debtor's Motion to Strike, which opposition was late-filed, and thus time-barred, being in contravention to this Court's previous ORDER clearly identifying binding "deadlines" upon all parties, is supported by a separate Declaration in Support.

- 1 -

## REPLY OF MARSHALL SAMUEL SANDERS

1. My name is Marshall Samuel Sanders and I have personal knowledge of the facts set forth in this affidavit, which I make in support of my Motion to Strike and Reply to Opposition to Motion to Strike. A Trustee's Sale of my family home is presently scheduled by the purported "Creditors" that filed the Opposition to my Motion to Impose Stay, yet all the while, these same "Creditors" are fully aware See Bank of America's outside counsel's reply to Marshall Sanders' Notice of Rescission of February 17, 2010 (Exhibit "A"). See also, Bank of America's own response to Marshall Sanders' Notice of Rescission (Exhibit "B"). Both documents, taken together, prove beyond a shadow of a doubt, exceedingly compellingly, that Bank of America, purported "creditor" in fact received, and thereafter acted upon Marshall Sanders' exercise of his Truth-in-Lending Act ("TILA") rescission, by a mere one (1) page, paraphrasing, your "rescission" is beyond the Statute of Limitations, when the only recourse for Bank of America, according to *Jesinoski*, 574 US _ (2015), was to file a lawsuit against Marshall Sanders, to vacate that rescission, which Bank of America voluntarily chose not to do. Therefore, Bank of America is forever foreclosed from the opportunity to assert affirmative defenses, any defenses, or even come into court with a "story" why they should not be held to the same standard as Marshall Sanders in regard to TILA rescission.) The effect of the February 17, 2010 notice of TILA rescission wiped out the Note, and Deed of Trust encumbering Marshall Sanders' family home at 1621 Kensing Lane, Santa Ana, California 92705-3074, those instruments being void ***BY OPERATION OF LAW***.

2. I have sued Defendants, Bank of America, N.A. (hereafter "Bank of America" or "BOA"); Wells Fargo Bank, N.A., as Trustee on behalf of the holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1 (hereafter "Wells Fargo"); National Default Servicing Corporation (hereafter "NDS"); Select Portfolio Servicing, Inc. (hereafter "SPS"); and

Case 8:15-bk-13011-ES    Doc 22    Filed 07/02/15    Entered 07/06/15 10:12:58    Desc
Main Document    Page 3 of 10

Does 1-20, to enjoin threatened foreclosure, imminent auction of the family home, and eviction of Marshall Sanders, a disabled, twice honorably discharged, United States military veteran, his disabled 77-year old wife, and their youngest of five (5) children, a disabled adult daughter, all residing at the family home: 1621 Kensing Lane, Santa Ana, CA 92705-3074. The above-listed Defendants are NOT Marshall Sanders' "creditors" by reason of Marshall Sanders' exercise of his TILA rescission statutory rights, effective February 17, 2010, the day the notice of rescission was mailed (put in the post) to the Defendants named above and the purported "creditors" in the instant bankruptcy (this conclusion is not mine, it is Justice Scalia's conclusion, and it is also his Opinion in *Jesinoski*, 574 US _ (2015).

3.  I am and have been the owner of the residential real property (my family home) described in the Complaint referenced herein, before the Hon. Andrew J. Guilford, which has been my residence since 2003, 10 days shy of 12 years.

4.  On or about December 26, 2006, as Trustee of the Marshall and Lydia Sanders Trust dated April 20, 1990 (a Trust now more than twenty-five (25) years old), I signed papers purporting to be a residential mortgage loan transaction (a predatory loan per se…see Exhibit C and Exhibit D…), not knowing that I would, like millions of others, be victimized, and I was, and so has my family also been victimized, with Countrywide Bank, N.A. The residential mortgage loan consisted of a Note and Deed of Trust securing our family home.

5.  Some time after March 5, 2013, I received a "Notice of Default and Election to Sell Under Deed of Trust" dated March 5, 2013 (hereafter "Notice of Default") from NDS as the purported Trustee.

- 3 -
Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected To Via A Motion to Strike) to Motion to Impose Stay

6.    The Notice of Default ***did not identify*** the beneficiary or mortgagee, but did direct me to contact Defendant, and purported "creditor" in the instant bankruptcy, SPS. The Notice of Default further claimed that Defendant NDS was **acting** as Trustee.

7.    The Notice of Default states "The undersigned mortgagee, beneficiary or authorized agent for the mortgagee or beneficiary pursuant to California Civil Code §2923.55 declares that the mortgagee, beneficiary or the mortgagee's or beneficiary's authorized agent has either contacted the borrower or tried with due diligence to contact the borrower as required by California Civil Code §2923.55." (Recorded March 6, 2013.) None of the Defendants nor anyone claiming to represent a "Lender" or *the* "Lender" named in the "security" instrument (void since February 17, 2010), ever contacted me to discuss the "loan" or any alleged *default* (vehemently **denied**), or any alternatives to avoid foreclosure. None of the named Defendants ever made any good faith attempt to resolve the issues raised in the Notice of Default. Furthermore, I dispute the claims made in the Notice of Default, including the claimed amount owed.

8. Since January 1, 2013 I have not been contacted by any of the named defendants or anyone purporting to be acting on their behalf. I have not been provided any information about a single point of contact as prescribed by the recently enacted Homeowners Bill of Rights.

9. I never received any letter from any of the named Defendants or anyone purporting to be acting on their behalf; that includes the toll-free telephone number made available by HUD to find a HUD-certified housing counseling agency.

10. I never received any certified letter from any of the named Defendants or anyone purporting to be acting on their behalf; that includes the certified letter made available by HUD to find a HUD-certified housing counseling agency.

11. While I have not been provided with a Notice of Trustee Sale it is my understanding a

- 4 -
Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected To Via A Motion to Strike) to Motion to Impose Stay

foreclosure sale of the Property has been scheduled for July 16, 2015 at 12:00 P.M.

12. I have never been provided with any assignment or other documentation that demonstrates, Defendant BOA, NDS, SPS or Wells Fargo acquired the full and unencumbered interest in the mortgage loan from the original lender (non-party Countrywide).

13. I have never been provided with any Substitution of Trustee or other documentation that demonstrates Defendant NDS was duly appointed by the "Lender" as Successor Trustee per the terms and conditions of the Deed of Trust.

14. On February 17, 2010, I mailed a letter of rescission to Countrywide Bank, N.A., BOA, Wells Fargo and other third parties formerly cancelling and rescinding the loan that is the subject of the civil litigation before Judge Guilford, but critically, the subject of the instant bankruptcy since those Defendants in the civil action and these same "creditors" in the instant bankruptcy, lack standing to come into court at all. The exercise of the TILA rescission on February 17, 2010, mooted all that these purported "creditors" ever had a legal basis to act upon, YEARS AGO! . A true and correct copy of the letter of rescission is attached hereto as Exhibit "E" and incorporated herein by this reference as though set forth hereat.

15. I was never provided with the disclosures that I understood the Lender was required to provide under the Federal Truth in Lending Act (hereafter "TILA").

16. I had requested that Bank of America, Countrywide and Wells Fargo take steps to cancel the mortgage, release their purported security interest, if any, in the subject Property and refund all of the sums that I ever paid from origination of the loan, if any, to the present.

17. As of the date of this declaration and certainly within the 20 days under the Federal Truth in Lending Act, none of the Defendants took any steps to comply with my requests, as set forth in the

Rescission letter dated February 17, 2010, as I have not received any refund of any of my payments and that I have not received any documents cancelling the Note or reconveying the deed of trust.

18. In light of the February 17, 2010 letter, there is no longer a security interest (Jesinoski, 574 US _ (2015), if any, on the subject Property and therefore foreclosure of the deed of trust would be, if this court or any other court failed to exercise its lawful duty to stop, would be not only a void a futile act on the part of the purported "creditor's in the instant bankruptcy but an illegal act in both the bankruptcy and the civil action, because, as I understand it, an much more importantly, according to Justice Scalia in *Jesinoski*, the deed of trust is void and **HAS NOT EXISTED** since the day it was put in the post, February 17, 2010.

19. The Property is unique and money cannot replace my home. If the bankruptcy Court fails to prohibit these "creditors" from interjecting themselves in the instant bankruptcy, or fails to impose the Automatic Stay, or fails to take other action, sua sponte, to stop the Trustee's Sale of Debtor's family home, a grave and serious breach of justice will have been committed, worse yet, Justice Scalia and *Jesinoski* will have been thwarted, and since *Jesinoski* was a unanimous decision of the Supreme Court of the United States, 9-0, unusual in itself, and regardless what anyone thinks, it is the law of the land, not to be tread upon by trumped up "creditors" or Defendants, or any Judge or Court. Failure of this Court to act to prevent the foreclosure of Debtor's home will cause the home to be lost through an illegal Trustee's Sale void ab initio in light of Debtor's TILA rescission (*Jesinoski*), and Debtor and Debtor's family will suffer irreparable harm and the Property, which is the subject of this instant bankruptcy and the civil lawsuit, will be lost and thus any later-ORDERED Judgment I may obtain, or other action of the bankruptcy court in regard to the instant bankruptcy will be moot.

Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected To Via A Motion to Strike) to Motion to Impose Stay

Debtor respectfully petitions the Court to Strike "Opposition" to Debtor's motion to impose stay. Attached Exhibit "A" is the Court's own ORDER clearly showing a deadline of June 26, 2015 for any opposition to Debtor's motion to impose stay. On Monday, June 29, 2015 (see Exhibit "D"), upon checking Debtor's roadside mailbox, a FedEx package was discovered inside of the mailbox. For FedEx to have opened Debtor's mailbox was in and of itself a criminal offense according to the United States Postal Service, for they have no right or authority to tamper with property of the U.S. government, which includes Debtor's mailbox, but we'll take up that issue another time. The "package" purports to be a time-barred "opposition" from purported third-party officious intermeddlers in Debtor's bankruptcy claiming to be Creditors, when in fact: (1) the "package" containing an opposition to Debtor's motion to impose stay is time-barred; (2) the "Creditors" lack standing (the Note and Deed of Trust that "creditors" purport to have some connection to, are void (Jesinoski, 574 US _ (2015); (3) Exhibit "C," previously provided to the Court in Debtor's Application for Shortened Time and Motion to Impose Stay, is hereby and herewith proffered again to the Court for Judicial Notice, to tell the whole world that this Debtor's home and the Note and Deed of Trust, are "off limits" to any and all challenges from purported "creditors" because there no longer exists a Note and Deed of Trust according to the Supreme Court of the United States, and there has NOT BEEN in existence a Note and Deed of Trust that these "creditors" claim to have an interest in, but do not, for it is void, since February 17, 2010, more than five (5) years ago; and finally, (4) for all the above reasons, notably fraud upon this Court by "creditors" that are mere officious intermeddlers, and that have filed an "opposition" to Debtor's motion to impose stay, sanctions are in order. These non-creditor fraudsters are attempting to victimize this innocent Debtor, dupe this Court into accepting these "creditors" when there is no "debt" in existence. These "creditors" are committing a criminal act, and they are fully aware of it, as is their attorney, Conrad

- 7 -

Sison, Locke Lord. Sanctions are not only called for but also mandated by the instant fraud upon the court. For the opposition to Debtor has had actual notice of Debtor's exercise of his Truth-in-Lending Act ("TILA") rescission since February 17, 2010, yet had continued to commit fraud by faking some interest in recorded instruments that the U.S. Supreme Court has already ruled under *Jesinoski*, are "VOID," and have been void for more than five (5) years running. This is not just a fraud upon this Court, this is a criminal act and enterprise making a concerted effort to exercise rights as a "creditor" in a lawful bankruptcy, when indeed, these opposers are fraudsters impacting this Court in a manner that is injurious to the lawful exercise of Debtor's right to file bankruptcy, without false claims being "considered" or "entertained" by the Court, particularly where as here, parties that are not only not creditors but lack standing, are opposing Debtor's lawful exercise of his right to request that the Court impose stay.

Debtor requests that the Court exercise the maximum penalties in terms of monetary sanctions, and imprisonment, against the attorney(s) actually representing or purporting to represent, the fake and phony "creditors" that have filed the instant opposition (late and time-barred by previous ORDER of this Court), as outrageous, beyond all bounds, and because its effect upon the Court and upon the Debtor, was committed with malice aforethought, knowing that the U. S. Supreme Court, TILA, Regulation Z, the Consumer Financial Protection Bureau ("CFPB"), and a plethora of Federal and State lawsuits against these exact same individuals and companies, has repeatedly shown that they have come forward in cases just like this one here of Debtor's, and proffered documents and put forth opposition, where they lacked standing, and knew they lacked standing, had no basis to suggest that they are or ever were, "creditors," and yet, in spite of everything, attempted to foreclose on real property with no enforceable lien. Such is precisely the case here, and for this reason, amongst others, the harshest possible sanctions ought to be meted out against the attorney(s) for these fake "creditors"

and against the "creditors" themselves, to dissuade these fakes and phonies from foisting fake, fabricated, and forged documents, and even, shamefully, duping Courts like this one, to take Judicial Notice of documents purporting to authenticate security interests when in fact there never has been a security interest from the beginning. Courts like the instant one have been victimized as much as Debtor herein. This Court has become a "tool" of fraudsters, like the instant fraudsters that put forth the "late" opposition to Debtor's motion to impose stay, and if Debtor did not complain, as he is doing now, another Court would bless another illegal foreclosure with its foundation a void Deed of Trust, where as here, the Deed of Trust is void, regardless of the fact that it is still of record, falsely encumbering Debtor's title to his family home, injuring Debtor, and forcing Debtor, as here, to file the instant bankruptcy, one of many in a too long saga of fighting the too-big-to-fail too-big-to-jail banks and banksters, respectively. Debtor prays that this Court take a stand, stand with the U.S. Supreme Court in its *Jesinoski* decision, find that Debtor's TILA rescission has rendered any interest that the "opposition" claims in Debtor's family home, void by operation of law, just as SCOTUS did in the *Jesinoski* case, and sanction and order imprisonment of the officers of the companies and their attorney(s) that have duped this Court and injured Debtor by attempting to "steal" Debtor's family home, by illegally foreclosing, attempting to auction Debtor's home without any lawful basis whatsoever, and worse yet, knowing that they never had a lawful basis to foreclose. Debtor charges those that have filed ("late") opposing Debtor's motion to impose stay, with Racketeer and Corrupt Organizations Act ("RICO") violations, the same as an uncountable number of others have already done in both State and Federal courts nationwide, for these exact same acts and practices, of illegally foreclosing upon "interests" founded upon forged, fabricated, and false documents, with courts duplicitous in accepting those same proffered "documents" as if they are genuine, when they are not, but instead are bogus, and where TILA rescission has rendered Notes and Deeds of Trust or

Mortgages, void, yet those same courts, some of them, have had a blind eye to this perversion of justice calling itself law while not even upholding the law, and in some instances, giving the nose up to SCOTUS. Debtor trusts that this Court will side with SCOTUS, and not force this Debtor to seek Certification of an Interlocutory Appeal to the Ninth Circuit on precisely this issue of Debtor's exercise of his TILA right of rescission and the fact that at the moment Debtor dropped that rescission in his mailbox, the Note and Deed of Trust were void by operation of law. Nothing more needs to be done. This case is over in so far as "any" party enforcing a security interest in any of Debtor's real property that by operation of law is void. If the Deed of Trust is void then there is nothing to foreclose on. Yet that is why Debtor is here now back again, exceedingly reluctantly, in bankruptcy, because officious intermeddlers, fraudsters, criminals that are knowingly committing a crime, are continuously attempting to illegally foreclose and thus "steal" Debtor's family home, thumbing their collective noses at the Supreme Court of the United States' *Jesinoski* decision (attached as Exhibit "B").

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the attached exhibits are true a correct copies of the referenced documents. Executed on this 2nd day of July, 2015 in Santa Ana, California.

_____
Marshall Samuel Sanders, Debtor
In Pro Per

- 10 -