ORIGINAL

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
Facsimile: (714) 665-8012
E-mail: marshallssanders@yahoo.com

FILED
JUL -2 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

Marshall Samuel Sanders, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In Re:

Marshall Samuel Sanders,

                Debtor.

) Case No.: 8:15-bk-13011-ES
)
) **POINTS AND AUTHORITIES IN**
) **SUPPORT OF REPLY OF MARSHALL**
) **SAMUEL SANDERS, DEBTOR, TO**
) **PURPORTED "CREDITORS'"**
) **OPPOSITION (LATE FILED AND**
) **SEPARATELY OBJECTED TO VIA A**
) **MOTION TO STRIKE) TO MOTION TO**
) **IMPOSE STAY**

COMES NOW Debtor, Marshall Samuel Sanders, who provides the following Points and Authorities in support of his Reply to purported "creditors'" Opposition to Debtor's Motion to Impose Stay (see end of this document titled: Motion to Strike). That Opposition to Debtor's Motion to Strike was late-filed, and thus time-barred, being in contravention to this Court's previous ORDER clearly identifying binding "deadlines" upon all parties, and is supported by a separate Declaration in Support.

- 1 -
Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected To Via A Motion to Strike) to Motion to Impose Stay

## POINTS AND AUTHORITIES

**Congress explicitly stated that borrowers have the right to effectuate rescission with a mere letter. Congress did not state that the lenders could reject the rescission with a letter. They MUST file a legal action alleging whatever defects they wish to assert. Since the rescission is effective by operation of law it is ONLY through operation of law that the rescission could be vacated.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 2nd day of July, 2015 in Santa Ana, California.

Marshall Samuel Sanders, Debtor
In Pro Per

- 2 -
Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected To Via A Motion to Strike) to Motion to Impose Stay