ORIGINAL

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
Facsimile: (714) 665-8012
E-mail: marshallssanders@yahoo.com

FILED
JUL - 7 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Marshall Samuel Sanders, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In Re: ) Case No.: 8:15-bk-13011-ES
)
) **REQUEST FOR NOTICE**
)
)
Marshall Samuel Sanders, )
)
    Debtor. )
)
)

---

Debtor respectfully requests that the Court take notice:

1. "US Bank" is *not, nor ever has been,* a party in five (5) years' worth of Debtor bankruptcies, nor in any manner associated with Debtor in regard to his home at 1621 Kensing Lane, Santa Ana, CA 92705-3074. (*See* Opposition's Request for Notice, Pg. 2, Ln. 21-22.)

2. It is an illegal act, a felony punishable by fine and imprisonment, for a private company (US Bank) to mimic association with the United States government, or confuse the public by misrepresenting its name in a manner that suggests a connection to the government of the United

States of America. Here, US Bank, by and through Counsel, has committed a felony. The **real** name is US Bank, not U.S. Bank. Clever minds have used US Bank and U.S. Bank interchangeably for the bank's profit and to the detriment of the public. The term "U.S." is and always has been reserved to the government of the United States of America, exclusively, preemptively, and justifiably. (*See* Oppositions Request for Notice, Pg. 2, Ln. 21-22.)

3. Judicial Notice is reserved for documents not rendered void. A court that takes judicial notice of a void document is a nullity. Here, Truth-in-Lending Act Rescission, effectuated on February 17, 2010 by Debtor, rendered the Deed of Trust void upon mailing. (*Jesinoski v. Countrywide*, 574 US ___, 135 S. Ct. 790 (2015).)

4. Opposition's request for notice contains multiple false premises throughout. (*See* Opposition's Request for Notice, Exhibit F, Pg. 18.)

5. Opposition's citations are dispositive of the propositions for which they are asserted. Opposition has put at issue the Deed of Trust purporting to affect title to Debtor's home at 1621 Kensing Lane, Santa Ana, CA 92705-3074 (*See* Opposition's Request for Notice, Exhibit F, Pg. 18.) This Deed of Trust is void effective February 17, 2010 ((*Jesinoski v. Countrywide*, 574 US ___, 135 S. Ct. 790 (2015).) The citations Opposition proffers up do not deal with the exercise of TILA Rescission ***post***-*Jesinoski*. Further, it is understandable that *pre-Jesinoski*, Debtor found himself subject to a Circuit split. That split is now resolved in Debtor's favor with *Jesinoski*. The effect of *TILA* Rescission is unique, not at all like common law rescission. Opposition is making much ado about nothing.

6. By sole virtue of *Jesinoski*, the Note and Deed of Trust are void. The time for the "bank" to have done something about it passed over five (5) years ago, yet here we are, after Debtor has been

**REQUEST FOR NOTICE**

forced to file multiple bankruptcies to stop the illegal sale of his family home, founded upon a void Deed of Trust and Note, still filing bankruptcy and fighting to save his home.

      7. Out of an abundance of caution and respect for the Court, Debtor informs the Court that in the Complaint presently before Judge Guilford, Case No. 8:15-cv-00935-AG-AS, *Sanders v. Bank of America*, Counsel for Sanders has responded to Judge Guilford's concerns with a timely filed response. As of 9:11 p.m. on July 6, 2015, Judge Guilford has not rendered a decision. While it may be that Judge Guilford has a bona fide issue with jurisdiction, and while it also may be true that Counsel has erred, on its face, complete diversity existed, and continues to exist, from the filing of the Complaint to present, and Guilford's court could have, if he had chosen to, sua sponte, held that complete diversity exists between the parties, and accordingly, GRANTED subject matter jurisdiction. Sanders is a citizen of California, Bank of America is a citizen of North Carolina, Wells Fargo Bank is a citizen of South Dakota,

      *See* http://www.metnews.com/articles/2014/wellsfargo032814.htm (Ninth Cir. speaking), National Default Servicing Corporation is a citizen of Arizona, and Select Portfolio Servicing, Inc. is a citizen of Utah. Therefore, *complete* diversity exists and the District Court indeed has subject matter jurisdiction based upon Diversity. Granted, Counsel for Plaintiffs is wholly incompetent! But that does not relieve the Court of a duty (arguably) to step in, sua sponte, and order things aright. Plaintiff in the District Court and Debtor in multiple bankruptcies has been victimized by incompetence of multiple Counsels. Unfortunately for Debtor, his Counsels in the past may just as well have been hired and paid for by the bank. Prior Counsels did everything possible to lose Debtor's home for him. If they weren't working for the bank, they may as well have been. Debtor is fighting the bank and fighting Counsel.

**REQUEST FOR NOTICE**

Counsel advised Plaintiff (Debtor herein), that the District Court Complaint would be filed with Federal Question (TILA Rescission) as the court's subject matter jurisdiction (15 U.S.C. § 1601 et seq.), never was *Diversity* mentioned. For this reason, and others, Counsel might just as well be working for the Opposition. It would be too nice to call this incompetence. It smacks of intentional conduct. Something is very wrong here! Either I have a stupid lawyer or the lawyer has a stupid Client.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 6th day of July 2015 in Santa Ana, California.

_____
Marshall Samuel Sanders, Debtor
In Pro Per

- 4 -
**REQUEST FOR NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane, Santa Ana, CA 92705-3074
A true and correct copy of the foregoing document entitled REQUEST FOR NOTICE and this Proof of Service will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: No access.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Erithe Smith, 411 W. Fourth St., Courtroom 5A/Ste. 5040, Santa Ana, CA 92701-4500 (5th fl. bin outside elevators)
U.S. Trustee, 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701, Pers. Delv'y Recep. & nancy.goldenberg@usdoj.gov
Amrane Cohen, Chapter 13 Trustee, 770 The City Drive S., Ste. 8500, Orange, CA 92868-4958 (e-file)
Locke Lord 300 S. Grand Ave.,Ste 2600, Los Angeles, CA 90071-3194:csison@lockelord.com;sdelrahim@lockelord.com
Bank of America/Countrywide, 100 N. Tryon St., Charlotte, NC 28202 (Bankruptcy Fax (800) 520-5019)
LBSFCU, P.O. Box 4860, Long Beach, CA 90804, T: (714) 893-5111; (jflores@lbsfcu.org; jkuecks@lbsfcu.org)
IRS, POB 7346, Phila., PA, Fax (855) 383-8816
SunTrust Bank, POB 85092, Richmond, VA 23286, Ashley Carter, BK Specialist: T: (800) 635-3112; F: (804) 291-3169

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/6/15 | Lydia O. Sanders | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE