# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## APPEAL DEFICIENCY NOTICE

**TO: APPELLANT**

Case Name: Marshall Samuel Sanders

Case Number: 15-13011ES

Adversary Number:

Notice of Appeal Filed: 07/07/15

The Notice of Appeal is being transmitted to either the Bankruptcy Appellate Panel of the Ninth Circuit or the U. S. District Court, as required by paragraph 2(a) of the Amended Order Establishing and Continuing the Bankruptcy Appellate Panel of the Ninth Circuit and paragraph 3.a) of the Order Continuing Bankruptcy Appellate Panels of the Ninth Circuit, as appropriate.

However, please be advised that the Appeal is "deficient" for the following reason(s):

- [✓] $298.00 Filing Fee for Appeal was not included
- [ ] $298.00 Filing Fee for Cross-Appeal was not included
- [✓] Does not comply with Official Form Number 17*
- [ ] Does not state title of Order, Judgment, or Decree*
- [✓] Does not state entry date of Order, Judgment, or Decree*
- [✓] Does not include entered stamped copy of Order, Judgment, or Decree*
- [✓] Does not state Opposing Party(ies):* [✓] Name [✓] Address [✓] Telephone Number
- [ ] Not signed*

*An Amended Notice of Appeal is required to correct those items marked with an asterisk and must be submitted to the Bankruptcy Court within 14 days from the date of this Notice, together with all other items required to cure the indicated deficiency(ies). Please submit original plus 3 copies for the Court of the Amended Notice of Appeal, plus 1 additional copy for each party listed in the Amended Notice of Appeal, including the U. S. Trustee. There is no filing fee for an Amended Notice of Appeal.

DATED: 07/07/15

KATHLEEN J. CAMPBELL
Clerk of Court

By: Vi Nguyen
Deputy Clerk

cc: [ ] Bankruptcy Appellate Panel of the Ninth Circuit    [ ] San Fernando    [ ] Santa Barbara
    [ ] U.S. District Court:    [ ] Los Angeles    [ ] Riverside    [✓] Santa Ana

If you have any questions regarding this Deficiency Notice, please call:

Deputy Clerk _____ at telephone number _____

## APPEAL DEFICIENCY NOTICE TO APPELLANT

Revised 2/2010

```
         UNITED STATES
       BANKRUPTCY COURT
   CENTRAL DISTRICT OF CALIFORNIA
         SANTA ANA DIVISION

          # 80063113 - 16
          * * C O P Y * *
           July 07, 2015
             11:53:49

         Late Appl - Bkcy
          15-13011-ES SA

Debtor.: MARSHALL SAMUEL SANDERS
Trustee: AMRANE COHEN
    341: 07/28/2015   @ 02:00pm
Amount.:
-----------------LATE PAYMENT-----------------
-
---------------------------------------------
-

 (Remaining Balance Due - 293.00)

         Late Appl-Bkcy
          15-13011-ES SA

Debtor.: MARSHALL SAMUEL SANDERS
Trustee: AMRANE COHEN
    341: 07/28/2015   @ 02:00pm
Amount.:
-----------------LATE PAYMENT-----------------
-
---------------------------------------------
-

 (Remaining Balance Due - 5.00)


Amount Tendered:
Total Due-> $0.00
Change Due-> $0.00
```