# UNITED STATES BANKRUPTCY COURT
## Central District of California - Santa Ana

| In re:<br><br>MARSHALL SAMUEL SANDERS,<br><br>FILED<br>JUL -8 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk<br><br>Debtor(s) | Case No.: 8:15-bk-13011-ES<br><br>NOTICE OF REFERRAL OF APPEAL<br><br>Notice of Appeal Filed: 7/7/15<br>Notice of Cross-Appeal Filed: N/A<br><br>Date BANKRUPTCY Filed: 6/15/15<br>APPEAL DOCKET NO: 31 |
|---|---|

TO: ALL PARTIES IN INTEREST and

[X ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT OR
[ ] U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court.
[ ] Motion for Leave to Appeal;
[ ] Answer in Opposition to Motion for Leave to Appeal;
[X ] Notice of Appeal;
[ ] Appellant's Statement of Election to Transfer Appeal to District Court.

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court as indicated above.

DATED:  7/8/15

KATHLEEN J. CAMPBELL
Clerk of Court
BY:  Nickie Bolte _Nickie Bolte_
Deputy Clerk

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL; NOTICE OF REFERRAL OF APPEAL; TRANSCRIPT ORDER FORM, and NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the addresses set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

[ ] AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)

[X ] AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED:  7/8/15

KATHLEEN J. CAMPBELL
Clerk of Court
BY:  Nickie Bolte _Nickie Bolte_
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## Central District of California

## APPEAL SERVICE LIST

[X] NOTICE OF REFERRAL OF APPEAL
[ ] CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO.: 8:15-bk-13011-ES          ADVERSARY NO:  N/A

[X] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
    Office of the Clerk
    United States Court of Appeals Building
    125 South Grand Avenue
    Pasadena, CA 91105-1510

[ ] U.S. DISTRICT COURT
    Central District of California, Western Division
    U. S. Courthouse, Room G-8
    312 North Spring Street
    Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
    Central District of California
    Southern Division
    411 West Fourth Street, Room 1053
    Santa Ana, CA 92701-4516

[ ] U.S. DISTRICT COURT
    Central District of California, Eastern Division
    3470 Twelfth Street
    Riverside, CA 92501

[ ] OFFICE OF THE U. S. TRUSTEE
    915 Wilshire Blvd., Suite 1850
    Los Angeles, CA 90017

[X] OFFICE OF THE U. S. TRUSTEE
    411 West Fourth Street, Room 9041
    Santa Ana, CA 92701

[ ] OFFICE OF THE U.S. TRUSTEE
    3801 University Avenue, Suite 720
    Riverside, CA 92501-3200

* **Indicate below names and addresses of additional parties in interest:**

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074

Amrane (SA) Cohen (TR)
770 The City Drive South, Suite 8500
Orange, CA 92868

Locke Lord
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071-3194

Bank of America/Countrywide
100 N. Tryon Street,
Charlotte, NC  28202

LBS Federal Credit Union
P.O. Box 4860
Long Beach, CA  90804

IRS
P.O. Box 7346
Philadelphia, PA

SunTrust Bank
P.O. Box 85092
Richmond, VA  23286