

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Marshall Samuel Sanders<br><br><br><br><br>Debtor(s). | Case No.: 8:15-bk-13011-ES<br><br>CHAPTER 13<br><br>**ORDER DENYING REQUEST FOR ORDER**<br><br>[No hearing required] |

On July 7, 2015, Debtor filed a "Request for Order" [Docket # 30] (the "Request"). The Court having considered the Request and insufficient cause appearing, it is hereby

ORDERED that the Request is denied.

###

Date: July 17, 2015

Erithe Smith
United States Bankruptcy Judge

-2-