United States Bankruptcy Court
Central District of California

In re:  
Marshall Samuel Sanders  
    Debtor

Case No. 15-13011-ES  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1     Date Rcvd: Jul 17, 2015  
                      Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2015.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db          E-mail/PDF: marshallssanders@yahoo.com Jul 18 2015 02:03:03    Marshall Samuel Sanders,  
          1621 Kensing Ln,   Santa Ana, CA 92705-3074
                                                                                                                                                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2015 at the address(es) listed below:  
              Amrane (SA) Cohen (TR)    efile@ch13ac.com  
              Daniel K Fujimoto    on behalf of Interested Party    Courtesy NEF wdk@wolffirm.com  
              Gilbert R Yabes    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,  
              GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com  
              Shiva D. Beck    on behalf of Creditor    Select Portfolio Servicing, Inc. sdelrahim@lockelord.com  
              Shiva D. Beck    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on Behalf of the  
             Holders of Harborview Mortgage Loan Trust Mortage Loan Pass-Through Certificates, Series 2007-1  
             sdelrahim@lockelord.com  
              Shiva D. Beck    on behalf of Creditor    National Default Servicing Corporation  
             sdelrahim@lockelord.com  
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov  
                                                                                                                                                                                                                              TOTAL: 7



**FILED & ENTERED**

JUL 17 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

Marshall Samuel Sanders

Debtor(s).

Case No.: 8:15-bk-13011-ES

CHAPTER 13

**ORDER DENYING REQUEST FOR ORDER**

[No hearing required]

On July 7, 2015, Debtor filed a "Request for Order" [Docket # 30] (the "Request"). The Court having considered the Request and insufficient cause appearing, it is hereby

ORDERED that the Request is denied.

\###

Date: July 17, 2015

Erithe Smith
United States Bankruptcy Judge

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 8:15-bk-13011-ES    Doc 38    Filed 07/19/15    Entered 07/19/15 21:41:25    Desc
Imaged Certificate of Notice    Page 3 of 3