CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Marshall Samuel Sanders (Pro Se)<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074<br>TELEPHONE NO.: 714-665-8012   FAX NO. *(Optional)*: 714-665-8012<br>E-MAIL ADDRESS *(Optional)*: marshallssanders@yahoo.com<br>ATTORNEY FOR *(Name)*: Marshall Samuel Sanders (Pro Se) | **FILED**<br>JUL 27 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| STREET ADDRESS: U.S. Bankruptcy Court-Central District of California-Santa Ana<br>MAILING ADDRESS: 411 W. Fourth St., Ste. 2-074, Santa Ana, CA 92701-4593<br>CITY AND ZIP CODE: Santa Ana, CA 92701-4593<br>BRANCH NAME: Santa Ana Division | |
| PLAINTIFF/PETITIONER: In re: Marshall Samuel Sanders & BAP9 Civil Lit.<br>DEFENDANT/RESPONDENT: Amrane Cohen, Standing Chapter 13 Trustee | |
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>BAP15-1218/8:15-bk-13011-ES<br>JUDGE: 3-Justice Panel/E.A. Smith<br>DEPT.: Ninth Cir. BAP-Passedena |

*[Handwritten in left margin: "This is A Notice only for Marshall Sanders 7/27/15 — it"]*

**To the court and to all parties:**

1. Declarant *(name)*: Marshall Samuel Sanders (Pro Se)

    a. [✓] is [✓] the party    [ ] the attorney for the party who requested or caused the stay.

    b. [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

    a. [✓] With regard to all parties.

    b. [ ] With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:

    a. [✓] Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

    b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

    c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

    d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

    e. [✓] Other: BK stayed pending review at the U.S. Ninth Circuit Court of Appeals BAP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/27/15

Marshall Samuel Sanders (Pro Se)                                        ▶ _____
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov



## General Docket
### U. S. Bankruptcy Appellate Panel for the Ninth Circuit

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 15-1218<br>Marshall Samuel Sanders v. Amrane Cohen, et al<br>**Appeal From:** California Central - Santa Ana<br>**Fee Status:** fee due | **Docketed:** 07/08/2015 |

**Case Type Information:**
1) Bankruptcy
2) Chapter 13 Non-Business
3) null

**Originating Court Information:**
**District:** 0973-8 : 8:15-bk-13011-ES
**Trial Judge:** Erithe A. Smith, U.S. Bankruptcy Judge
**Date Filed:** 06/15/2015

| **Date NOA Filed:**<br>07/08/2015 | **Date Rec'd BAP:**<br>07/08/2015 |
|---|---|

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:**   Not available

---

In re: MARSHALL SAMUEL SANDERS
        Debtor

------------------------------

| | |
|---|---|
| MARSHALL SAMUEL SANDERS<br>        Appellant | Marshall Samuel Sanders<br>[NTC Pro Se]<br>Firm: 714/ 665-8012<br>1621 Kensing Lane<br>Santa Ana, CA 92705 |
| v. | |
| AMRANE COHEN, Trustee<br>        Appellee | Amrane Cohen<br>Direct: 714-621-0200<br>[NTC Pro Se]<br>770 The City Drive South Suite 8500<br>Orange, CA 92868 |
| UST- UNITED STATES TRUSTEE, SANTA ANA<br>        Appellee | ust- United States Trustee, Santa Ana<br>Direct: 714-338-3400<br>[NTC Pro Se]<br>Office of The United States Trustee<br>Suite 9041<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

In re: MARSHALL SAMUEL SANDERS

    Debtor

------------------------------

MARSHALL SAMUEL SANDERS

    Appellant

v.

AMRANE COHEN, Trustee; UST- UNITED STATES TRUSTEE, SANTA ANA

    Appellees

| 07/08/2015 | 1<br>12 pg, 335.63 KB | Received notice of appeal filed in Bankruptcy Court on 07/08/2015, notice of referral. (VJ) [Entered: 07/08/2015 03:21 PM] |
|---|---|---|
| 07/09/2015 | 2<br>3 pg, 96.87 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: 15-1218. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VJ) [Entered: 07/09/2015 02:42 PM] |
| 07/09/2015 | 3<br>4 pg, 50.01 KB | Sent BRIEFING ORDER & NOTICE to appellant Marshall Samuel Sanders. Copies to all parties. Appellant Marshall Samuel Sanders's opening brief due 08/24/2015. (VJ) [Entered: 07/09/2015 02:50 PM] |

Clear All

● Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

Selected Pages: 0    Selected Size: 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| BAP for the Ninth Circuit - 07/27/2015 12:32:47 | | | |
| PACER Login: | mss515115 | Client Code: | |
| Description: | Docket Report (full) | Search Criteria: | 15-1218 |
| Billable Pages: | 1 | Cost: | 0.10 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane, Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled **NOTICE OF STAY OF PROCEEDINGS** and this Proof of Service will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: No access.

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/27/15, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Erithe Smith, 411 W. Fourth St., Courtroom 5A/Ste. 5040, Santa Ana, CA 92701-4500 (5th fl. bin outside elevators)
U.S. Trustee, 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701, Pers. Delv'y Recep. & nancy.goldenberg@usdoj.gov
Amrane Cohen, Chapter 13 Trustee, 770 The City Drive S., Ste. 8500, Orange, CA 92868-4958 (e-file)
Locke Lord 300 S. Grand Ave.,Ste 2600, Los Angeles, CA 90071-3194:csison@lockelord.com;sdelrahim@lockelord.com
Adam Frederick Summerfield, McGuireWoodsLLP,1800 CenturyPkE Ste900, L.A.,CA asummerfield@mcguirewoods.com
Bank of America/Countrywide, 100 N. Tryon St., Charlotte, NC 28202-4031 (Bankruptcy Fax (800) 520-5019)
LBSFCU, P.O. Box 4860, Long Beach, CA 90804, T: (714) 893-5111; (jflores@lbsfcu.org; jkuecks@lbsfcu.org)
IRS, POB 7346, Phila., PA 19101-7346, Fax (855) 383-8816
SunTrust Bank, POB 85092, Richmond, VA 23286, Ashley Carter, BK Specialist: T: (800) 635-3112; F: (804) 291-3169
Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital. P.O. Box 961275 Fort Worth, TX 76161-1245,Telephone No. (855) 563-5635; Fax: (800) 215-7221

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/27/15 | Lydia O. Sanders | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**