ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marshall Samuel Sanders (Pro Se)<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074<br>Telephone: (714) 665-8012<br>Facsimile: (714) 665-8012<br>E-mail: marshallssanders@yahoo.com<br><br>☐ Attorney for Debtor(s)<br>☑ Debtor(s) appearing without an attorney | FILED<br>JUL 28 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:          Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION**

| In re:<br><br>Marshall Samuel Sanders<br><br>Debtor(s). | CASE NO.: 8:15-bk-13011-ES<br>CHAPTER: 13<br><br>**DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)**<br><br>Next Meeting of Creditors<br>Date: 07/28/2015          Time: 2:00 am<br><br>Next Confirmation Hearing<br>Date: 08/25/2015          Time: 1:30 P.M. |

**Instructions:** *In a joint case, both debtors must answer and sign. This declaration must be filed with the court and served upon the chapter 13 trustee not later than 7 days before the first scheduled §341(a) meeting of creditors. If necessary, further declarations must be filed on or before the date of each hearing on confirmation of the Debtor's plan. Check the appropriate boxes.*

I, _____ Marshall Samuel Sanders _____ *(Debtor's name(s))*, hereby declare:

**Tax Returns:**

Debtor / Joint Debtor

☑ ☐  I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308.

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

| Debtor | Joint Debtor | |
|---|---|---|
| ☐ | ☐ | I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[2] |

Year      Taxing Authority (federal, state, or local)      Proposed Date for Filing Return

_____     _____     _____

_____     _____     _____

| Debtor | Joint Debtor | |
|---|---|---|
| ☐ | ☐ | I am not required to file federal, state, or local tax returns because: _____ |

Domestic Support Obligations:

| Debtor | Joint Debtor | |
|---|---|---|
| ☑ | ☐ | I do not owe any domestic support obligations. |
| ☐ | ☐ | As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. |
| ☐ | ☐ | No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above. |
| ☐ | ☐ | As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments: |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/28/2015 | Marshall Samuel Sanders | /s/ Marshall Samuel Sanders |
|---|---|---|
| Date | Debtor's Name | Debtor's Signature |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | Joint Debtor's Name | Joint Debtor's Signature |

---

[2] Attach additional pages as necessary.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane
Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document described as **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS (PRECONFIRMATION)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:
no access

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL (state method for each person or entity served)**:
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____07/28/2015_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Hon. Erithe Smith, 411 W. Fourth St., Courtroom 5A/Suite 5040, Santa Ana, CA 92701-4500;5th fl bin outside elevators
U.S. Trustee, 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701; Personal delivery to receptionist w/date stamp.
Amrane Cohen, Chapter 13 Trustee, 770 The City Drive S., Ste. 8500, Orange, CA 92868-4958 (e-file)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:___07/28/2015___    Signature: _/s/ Lydia O. Sanders_

Printed Name: Lydia O. Sanders