**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
AUG - 4 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

| In re:<br>MARSHALL SAMUEL SANDERS,<br><br><br><br>Debtor(s) | CASE NO.: 8:15-bk-13011-ES<br>ADVERSARY NO.: N/A<br>BAP/USDC NO.: CC-15-1218<br>NOTICE OF APPEAL FILED: 07/07/2015<br>APPEAL DOCKET ENTRY NO.: 31 |
|---|---|
| <br><br>Plaintiff(s)<br>VS.<br><br><br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☒ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**<br><br>☐ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

- ☒ Statement of Issues
- ☒ Designation of Record
- ☒ Notice of Transcript
- ☐ Transcript(s)
- ☐ Filing Fee for Notice of Appeal
- ☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 08/04/2015    By: _Nickie Bolte_ /s/ Nickie Bolte
Deputy Clerk