Case 8:15-bk-13011-ES    Doc 54    Filed 08/11/15    Entered 08/12/15 15:11:08    Desc
Main Document    Page 1 of 3

ORIGINAL

FILED
AUG 11 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Marshall Samuel Sanders (Pro Se)
1621 Kensing Lane
Santa Ana, California 92705-3074
Telephone:   (714) 665-8012
Facsimile:    (714) 665-8012
Email:         marshallssanders@yahoo.com

Debtor Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

BAP Case No.: CC-15-1218

IN RE

MARSHALL SAMUEL SANDERS,

Debtor.

Case No.: 8:15-BK-13011-ES

Chapter 13

**STATEMENT OF ISSUES ON APPEAL**
**F.R.B.P. 8009**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**STATEMENT OF ISSUES ON APPEAL**
**PURSUANT TO F.R.B.P. 8009**

1. Whether the Bankruptcy Court committed an error of law in denying debtor's motion to impose a stay.

2. Whether the Bankruptcy Court abused its discretion in denying debtor's motion to impose a stay.

3. Whether the Bankruptcy Court committed reversible error in denying debtor's motion to impose a stay.

4. Whether the Bankruptcy Court committed an error of law in finding that the debtor did not file the present voluntary petition in good faith.

5. Whether the Bankruptcy Court abused its discretion in finding that the debtor did not file the present voluntary petition in good faith.

6. Whether the Bankruptcy Court committed reversible error in finding that the debtor did not file the present voluntary petition in good faith.

7. Whether the Bankruptcy Court committed an error of law in the way that it applied rescission under the Truth in Lending Act (or "TILA"), especially in light of *Jesinoski v. Countrywide Home Loans, Inc.*, 135 S.Ct. 790 (2015).

8. Whether the Bankruptcy Court abused its discretion in the way that it applied rescission under the Truth in Lending Act (or "TILA"), especially in light of *Jesinoski v. Countrywide Home Loans, Inc.*, 135 S.Ct. 790 (2015).

9. Whether the Bankruptcy Court committed reversible error in the way that it applied rescission under the Truth in Lending Act (or "TILA"), especially in light of *Jesinoski v. Countrywide Home Loans, Inc.*, 135 S.Ct. 790 (2015).

Dated: August 11, 2015         MARSHALL SAMUEL SANDERS

By: _____
Marshall Samuel Sanders
Debtor Pro Se

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane, Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled **STATEMENT OF ISSUES ON APPEAL, F.R.B.P. 8009** and this Proof of Service will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: No access.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/29/15, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe Smith, 411 W. Fourth St., Courtroom 5A/Ste. 5040, Santa Ana, CA 92701-4500 (5th fl. bin outside elevators)
U.S. Trustee, 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701, Pers. Delv'y Recep. & nancy.goldenberg@usdoj.gov
Amrane Cohen, Chapter 13 Trustee, 770 The City Drive S., Ste. 8500, Orange, CA 92868-4958 (e-file)
Locke Lord 300 S. Grand Ave.,Ste 2600, Los Angeles, CA 90071-3194:csison@lockelord.com;sdelrahim@lockelord.com
Adam Frederick Summerfield, McGuireWoodsLLP,1800 CenturyPkE Ste900, L.A.,CA asummerfield@mcguirewoods.com
Bank of America/Countrywide, 100 N. Tryon St., Charlotte, NC 28202-4031 (Bankruptcy Fax (800) 520-5019)
LBSFCU, P.O. Box 4860, Long Beach, CA 90804, T: (714) 893-5111; (jflores@lbsfcu.org; jkuecks@lbsfcu.org)
IRS, POB 7346, Phila., PA 19101-7346, Fax (855) 383-8816
SunTrust Bank, POB 85092, Richmond, VA 23286, Ashley Carter, BK Specialist: T: (800) 635-3112; F: (804) 291-3169
Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital. P.O. Box 961275 Fort Worth, TX 76161-1245,Telephone No. (855) 563-5635; Fax: (800) 215-7221
JPMorgan Chase Bank, N.A., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730, efile@fivelakesagency.com
Navient Solutions Inc., P.O. Box 9640, Wilkes-Barre, PA 18773-9640, poc_request@navient.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/11/15 | Lydia O. Sanders | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**