| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marshall Samuel Sander, In Propria Persona<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074<br>Telephone: (714) 665-8012<br>Facsimile: (714) 665-8012<br>E-mail: marshallssanders@yahoo.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | **FILED**<br>AUG 24 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Marshall Samuel Sanders<br><br>Debtor(s). | CASE NO.: 8:15-bk-13011-ES<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter __13__ case to a case under chapter __11__ on the grounds set forth below:

2. **Filing Information:**

    a. ☒ A Voluntary Petition under chapter      ☐ 7   ☐ 11   ☐ 12   ☒ 13   was filed on: __06/15/2015__

    b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11   was filed on: _____
       ☐ An Order of Relief under chapter        ☐ 7   ☐ 11   was entered on: _____

    c. ☐ An Order of Conversion to chapter       ☐ 7   ☐ 11   ☐ 12   ☐ 13   was entered on: _____

    d. ☐ Other (specify): _____

(handwritten margin note: Order to Chambers 8/24/15)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 1017-1.1.MOTION.DEBTOR.CONVERT

3. **Procedural Status**

   a. Name of trustee appointed *(if any)*: Amrane Cohen, Standing Chapter 13 Trustee

   b. Name of attorney of record for trustee *(if any)*: n/a

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 13 to a case under chapter 11.

Date: 08/24/2015

Respectfully submitted,

n/a
Printed name of law firm

n/a
Signature

Marshall Samuel Sanders
Printed name of Debtor/trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 2                    F 1017-1.1.MOTION.DEBTOR.CONVERT