Fill in this information to identify your case:

Debtor 1: Marshall (First Name)  Samuel (Middle Name)  Sanders (Last Name)

*This app is to pay to convert Ch.13 to Ch. 11: $932.00

Debtor 2 (Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Central District of California

Case number (If known): 8:15-bk-13011-ES


FILED
AUG 24 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form B 3A

# Application for Individuals to Pay the Filing Fee in Installments    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code are you choosing to file under?
   - ☐ Chapter 7
   - ☑ Chapter 11
   - ☐ Chapter 12
   - ☐ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay

   $ 300.00   ☑ With the filing of the petition   08/24/2015
              ☐ On or before this date......   MM / DD / YYYY

   $ 300.00   On or before this date.........   09/03/2015
                                                MM / DD / YYYY

   $ 332.00   On or before this date.........   10/03/2015
                                                MM / DD / YYYY

   + $ _____  On or before this date.........   MM / DD / YYYY

   Total  $ 932.00   ◀ Your total must equal the entire fee for the chapter you checked in line 1.

## Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X _____    X ___n/a_____    X ___n/a_____
Signature of Debtor 1       Signature of Debtor 2          Your attorney's name and signature, if you used one

Date 08/24/2015             Date n/a                        Date n/a
     MM / DD / YYYY              MM / DD / YYYY                  MM / DD / YYYY

Official Form B 3A          Application for Individuals to Pay the Filing Fee in Installments

Case 8:15-bk-13011-ES Doc 60 Filed 08/24/15 Entered 08/25/15 10:17:14 Desc
Main Document Page 2 of 10

*(handwritten at top: "(possibly Joint for Rebate Purposes)" and "(less than Community Property)")*

B6A (Official Form 6A) (12/07)

In re **Marshall Samuel Sanders**        Case No. **8:15-bk-13011-ES**
        Debtor                                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single-family detached home 2041 Iroquois Tustin (Ranch) CA 92782-8313 | Fee | T | 650,000 | est. 1,000,000    1st 500,000    2d 253,600 |
| Single-family detached home 1621 Kensing Lane Santa Ana, CA 92705-3074 | Fee | T | 2,500,000* | est. 2,120,800    1st 1,900,000    2d 120,800    3d 250,000 (2,000,000) |

Total▶ **3,150,000**
(Report also on Summary of Schedules.)

\* based upon neighbor's reported "sale" pending close of escrow for a home on significantly less land, not divisible (sub dividable).

B 6B (Official Form 6B) (12/07)

In re Marshall Samuel Sanders,　　　　　　　　　　　　Case No. 8:15-bk-13011-ES
　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | In pocket | C | 423.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank Tustin, CA (Larwin Sq.) Newport Ave. Tustin, CA 92780 | T/C | 507.94 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Capital One Secured Credit Card US Bank (H-D) Secured Credit Card State Dept (U.S.) Secured Credit Card | C C C | 49.00 300.00 250.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | ALL Household goods AT 1621 Kensing Lane Santa Ana | C | est. 25,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books-yes, Collectible - No. No discernible value No collections or collectibles | n/a | 0 |
| 6. Wearing apparel. | | men's + wife's garments - all | C | thrift value — est. 500.00 |
| 7. Furs and jewelry. | ✓ | none | | 0 |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✓ | none | | 0 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✓ | none | | 0 |
| 10. Annuities. Itemize and name each issuer. | ✓ | none | | 0 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | ✓ | none | | 0 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  **Marshell Samuel Sanders**,    Case No. **8:15-bk-13011-ES**
        Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ✓ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✓ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ✓ | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✓ | | | |
| 16. Accounts receivable. | ✓ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✓ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ✓ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | ✓ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✓ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✓ | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re **Marshall Samuel Sanders**,    Case No. **8:15-bk-13011-ES**
       Debtor                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ✓ | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | ✓ | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ✓ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1. '83 Plymouth Reliant  7. '15 Dodge Dart<br>2. '90 Dodge Spirit  6. '08 Pontiac Solstice<br>3. '02 Dodge Stratus<br>4. '02 Dodge Stratus<br>5. '02 Dodge Neon | C | $15,000 (est.)<br>ø salvage est.<br>ø<br>ø<br>ø<br>$15,000.00 |
| 26. Boats, motors, and accessories. | ✓ | | | |
| 27. Aircraft and accessories. | ✓ | | | |
| 28. Office equipment, furnishings, and supplies. | | Gen. ofc. equip. + supplies + furnishings | | thrift value est.<br>100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | ✓ | | | |
| 30. Inventory. | ✓ | | | |
| 31. Animals. | | Pets- yes, for "Bus." - no. | | |
| 32. Crops - growing or harvested. Give particulars. | ✓ | | | |
| 33. Farming equipment and implements. | ✓ | | | |
| 34. Farm supplies, chemicals, and feed. | ✓ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ✓ | | | |

_____ continuation sheets attached   Total ▶   $ **15,100.00**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Fill in this information to identify your case:**

Debtor 1: Marshall Samuel Sanders
Debtor 2 (Spouse, if filing): n/a
United States Bankruptcy Court for the: central District of CA
Case number (If known): 8:15-bk-13011-ES

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                                                                   12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Developer | n/a |
   | Employer's name | Self-employed | |
   | Employer's address | 1621 Kensing Lane<br>Santa (x)<br>Santa Ana CA 92705 | |
   | How long employed there? | 50+ years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| | | n/a |
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ -0- | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. +$ -0- | +$_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ -0- | $_____ |

n/a
n/a
n/a

Official Form B 6I                                Schedule I: Your Income                                page 1

Debtor 1  __Marshall Samuel Sanders__    Case number (if known) __8:15-bk-13011-ES__
         First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
|  |  | n/a |

Copy line 4 here ......................... → 4.  $ -0-   $_____

n/a  5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ n/a | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. $ n/a | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. $ n/a | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. $ n/a | $_____ |
| 5e. Insurance | 5e. $ n/a | $_____ |
| 5f. Domestic support obligations | 5f. $ n/a | $_____ |
| 5g. Union dues | 5g. $ n/a | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ n/a | +$_____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ n/a   $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ n/a   $_____

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.  $ 3,200.00   $_____

   8b. Interest and dividends   8b.  $ 0.01   $_____

n/a  8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.  $ -0-   $_____

n/a  8d. Unemployment compensation   8d.  $ -0-   $_____

   8e. Social Security  __4-2/61 W 570 = 2731.__   8e.  $ 2,731.00   $ 570  included already in "Soc. Sec'y"

n/a  8f. Other government assistance that you regularly receive
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____    8f.  $ -0-   $_____

n/a  8g. Pension or retirement income  __Recurring monthly income from__   8g.  $ -0-   $_____

   8h. Other monthly income. Specify: __former business__    8h. +$ 96.80   +$_____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 6527.80   $_____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 6527.80  +  $_____  = $ 6527.80

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____    11. +$ -0-

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies   12.  $ 6527.80
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☒ Yes. Explain: __Rental Income Increases: $2,300 (Iroquois: $900 increase__
                    __Kensington: $1,400 increase)__

Official Form B 6I    Schedule I: Your Income    page 2

__Development (Self-employment income) increase: $ unascertainable, but__
__could be significant - gov. red tape hold up__

Fill in this information to identify your case:

Debtor 1  __Marshall  Samuel  Sanders__
          First Name    Middle Name    Last Name

Debtor 2  __n/a__
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __Central__ District of __CA__

Case number __8:15-bk-13011-ES__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                                                12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☐ No
   Do not list Debtor 1 and             ☒ Yes. Fill out this information for each dependent...........
   Debtor 2.
   Do not state the dependents'
   names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | daughter (disabled) | 37 | ☐ No ☒ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ☐ No   ☒ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                           4.  $ —0—

   If not included in line 4:
   4a. Real estate taxes  (Bank PAID)(Acurrtly)            4a. $ —0—
   4b. Property, homeowner's, or renter's insurance        4b. $ 200.00
   4c. Home maintenance, repair, and upkeep expenses       4c. $ —0—
   n/a 4d. Homeowner's association or condominium dues     4d. $ —0—

Official Form B 6J                          Schedule J: Your Expenses                         page 1

Debtor 1  **Marshall Samuel Sanders**
          First Name  Middle Name  Last Name

Case number (*if known*) __8:15-bk-13011-ES__

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ —0— |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 350.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 215.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 296.00 |
| 6d. | Other. Specify: __none__ | 6d. $ —0— |
| 7. | Food and housekeeping supplies | 7. $ 300.00 |
| **n/a** 8. | Childcare and children's education costs | 8. $ —0— |
| 9. | Clothing, laundry, and dry cleaning | 9. $ 25.00 |
| 10. | Personal care products and services | 10. $ 70.00 |
| 11. | Medical and dental expenses | 11. $ 50.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 50.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ —0— |
| 14. | Charitable contributions and religious donations | 14. $ —0— |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| **n/a** 15a. | Life insurance | 15a. $ —0— |
| 15b. | Health insurance __Rx medicare Part "D" plan__ | 15b. $ 34.80 |
| 15c. | Vehicle insurance | 15c. $ 70.— |
| 15d. | Other insurance. Specify: __Rental Property (Previously included in rental expenses to derive "NET" Rental Income.__ | 15d. $ —0— |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ —0— |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ 527.44 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 500.— |
| 17c. | Other. Specify: __n/a__ | 17c. $ —0— |
| 17d. | Other. Specify: __n/a__ | 17d. $ —0— |
| **n/a** 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. $ —0— |
| 19. | Other payments you make to support others who do not live with you. Specify:_____ | 19. $ —0— |
| **n/a** 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| 20a. | Mortgages on other property | 20a. $ —0— |
| 20b. | Real estate taxes | 20b. $ —0— |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ —0— |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ —0— |
| 20e. | Homeowner's association or condominium dues | 20e. $ —0— |

*all expenses already netted out to derive Net Rental Income*

Official Form B 6J    Schedule J: Your Expenses    page 2

Debtor 1 _____    Case number (if known) _____
         First Name  Middle Name  Last Name

21. Other. Specify: __n/a_____    21.  +$ ____0____

22. Your monthly expenses. Add lines 4 through 21.
    The result is your monthly expenses.                22.  $ 2,488.24

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.    23a.  $ 6,527.80
    23b. Copy your monthly expenses from line 22 above.                  23b. -$ 2,488.24
    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                          23c.  $ 4,039.56

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☒ Yes.  Explain here: I anticipate a fairly substantial decrease in expenses due to cuts in usage of utilities, lower insurance premiums, lower food costs (buying hamburger helper, etc.), and no non-essential or stopping non-essential expenses.

Furthermore, in the interests of confirming a Plan I am prepared to return the 2015 Dodge Dart ($527.44/mo.) and the 2008 Pontiac Solstice ($500.00) both of which vehicles are non-essentials, thereby saving $1027.44, which, when added to the $4,039.56 monthly Net income, increases the monthly net income to $5,067.00, with which to fund a Plan.

Official Form B 6J                    Schedule J: Your Expenses                    page 3