**FILED**
AUG 25 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

ORDER No. **15-ES-44**
CHAPTER **13**
APPEAL? ☐Yes ☐No
APPEAL No. _____ (if known)

(File this form on the related case docket)
Ordering Party's Name: **Marshall Samuel Sanders**    Attorney Bar# **n/a**
Law Firm: **n/a**
Mailing Address: **1621 Kensing Lane**
**Santa Ana, CA 92705-3074**
Person to Contact: **Marshall Samuel Sanders**
Telephone: **(714) 665-8012**    E-mail: **marshallssanders@yahoo.com**
Bankruptcy Case #: **8:15-bk-13011-ES**    Adversary Proceeding #/MP #: _____
Date of Hearing (complete a SEPARATE form for EACH hearing date): **8/25/15**    Time: **1:30 p.m.**
Debtor: **Marshall Samuel Sanders**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: SELECT **Erithe Smith**    Courtroom #: SELECT **5A**
TRANSCRIBER: SELECT **Briggs**    ALTERNATE: SELECT **e-scribers**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)    ☐ Entire Hearing
☐ 14 Days               ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)    ☐ Testimony of Witness _____
☐ Daily (24 hours)      ☐ Other* _____ (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, *Transcript Costs/Forms of Payment*.

### TO BE COMPLETED BY THE COURT
☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
Court Recorder: _____ Division: _____ Processed by: _____

### NOTE TO TRANSCRIBER
**Judge ordered transcripts:** Contact Procurement (213) 894-3836 with price quote **prior** to commencement of work.

*Rev. 4/17/15. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*