ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marshall Samuel Sanders<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074<br>Tel.: (714)665-8012<br>Fax: (714)665-8012<br>Email: marshallssanders@yahoo.com<br><br>Marshall Samuel Sanders, In Propria Persona<br>Attorney for Appellant n/a | **FILED**<br>AUG 25 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re:<br><br>Marshall Samuel Sanders<br><br><br>Debtor(s). | CASE NO.: 8:15-bk-13011-ES<br>ADVERSARY NO.:<br>(if applicable)<br>CHAPTER: 13<br><br>**NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Marshall Samuel Sanders

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☒ Debtor
   ❏ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

---

*Motion to Convert : DENIED*

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: ORDER Dismissed w/BAR

2. State the date on which the judgment, order, or decree was entered: 8/25/15

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: U.S. Trustee    Attorney: U.S. Trustee - Santa Ana
411 W. 4th St., Ste 9041
Santa Ana, CA 92701

2. Party: Amrane Cohen, Chapter 13 Trustee    Attorney: Jay Kui Chien
770 The City Drive South, Ste 8600
Orange, CA 92868

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____    Date: 8/25/15

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-7074

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.