## United States Bankruptcy Court
## Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Marshall Samuel Sanders

**BANKRUPTCY NO.**  8:15−bk−13011−ES

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−7338
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 8/26/15

**Address:**
1621 Kensing Ln
Santa Ana, CA 92705−3074

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)  pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: August 26, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13b VAN−151) Rev. 03/09

**66 − 18 / DUA**