Party Name, Address, Telephone & FAX Nos. & Email Address:

Marshall Samuel Sanders, In Propria Persona
1621 Kensing Lane
Santa Ana, CA 92705-3074
tel. (714) 665-8012

FILED AUG 26 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED AUG 26 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

LODGED AUG 24 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

In re

Marshall Samuel Sanders

Debtor(s),

Plaintiff(s),

n/a    vs.

Defendant(s).

Case No.: 8:15-bk-13011-ES
Chapter: 13

PROPOSED ORDER on Motion to CONVERT

Adversary No.: n/a

Title: ORDER ON MOTION TO CONVERT

☒ No hearing
☐ Hearing

DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
       Santa Ana, CA 92701

The Court having considered the motion presented, hereby ~~GRANTS the motion to Convert.~~ DENIES the motion as moot in light of dismissal of Debtor's case on 8/25/15.

DATE 8/26/15

Hon. Erithe A. Smith

-1-