United States Bankruptcy Court
Central District of California

In re:
Marshall Samuel Sanders
    Debtor

Case No. 15-13011-ES
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: esteinber     Page 1 of 1     Date Rcvd: Aug 26, 2015
                    Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db        E-mail/PDF: marshallssanders@yahoo.com Aug 27 2015 02:14:06    Marshall Samuel Sanders,
        1621 Kensing Ln,   Santa Ana, CA  92705-3074
                                                                                                                                            TOTAL: 1

             \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                                                                                                                                 TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2015                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2015 at the address(es) listed below:
           Amrane (SA)  Cohen (TR)   efile@ch13ac.com
           Daniel K Fujimoto   on behalf of Interested Party   Courtesy NEF wdk@wolffirm.com
           Gilbert R Yabes    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION
            ecfcacb@aldridgepite.com,  GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
           Gilbert R Yabes    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
            GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
           Jolene   Tanner    on behalf of Creditor    United States of America on behalf of the Internal
            Revenue Service jolene.tanner@usdoj.gov
           Shiva D. Beck    on behalf of Creditor    Select Portfolio Servicing, Inc. sdelrahim@lockelord.com
           Shiva D. Beck    on behalf of Creditor    National Default Servicing Corporation
            sdelrahim@lockelord.com
           Shiva D. Beck    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on Behalf of the
            Holders of Harborview Mortgage Loan Trust Mortage Loan Pass-Through Certificates, Series 2007-1
            sdelrahim@lockelord.com
           United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                                                             TOTAL: 9

Party Name, Address, Telephone & FAX Nos. & Email Address:

Marshall Samuel Sanders, In Propria Persona
1621 Kensing Lane
Santa Ana, CA 92705-3074
tel. (714) 665-8012

**FILED** AUG 26 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ENTERED** AUG 26 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**LODGED** AUG 24 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Marshall Samuel Sanders

Debtor(s),

n/a    vs.

Plaintiff(s),

Defendant(s).

Case No.: 8:15-bk-13011-ES
Chapter: 13

PROPOSED ORDER on Motion to CONVERT

Adversary No.: n/a

Title: ~~PROPOSED~~ ORDER ON MOTION ~~TO~~ CONVERT

☒ No hearing
☐ Hearing
DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
Santa Ana, CA 92701

The Court having considered the motion presented, hereby ~~GRANTS the motion to Convert.~~ DENIES the motion as moot in light of dismissal of Debtor's case on 8/25/15.

DATE 8/26/15

Hon. Erithe A. Smith

- 1 -