United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 15-13011-ES
Marshall Samuel Sanders                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: tduarteC              Page 1 of 2              Date Rcvd: Aug 26, 2015
                              Form ID: van151             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2015.
cr             +BANK OF AMERICA, NATIONAL ASSOCIATION,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +National Default Servicing Corporation,    c/o Locke Lord LLP,    300 South Grand Ave.,
                 Suite 2600,    Los Angeles, CA 90071-3194
cr             +Select Portfolio Servicing, Inc.,    c/o Locke Lord LLP,    300 South Grand Ave.,    Suite 2600,
                 Los Angeles, CA 90071-3194
cr             +United States of America on behalf of the Internal,    U.S. Attorney's Office - Tax Division,
                 Attn: Jolene Tanner,    300 N. Los Angeles Street, Room 7211,    Los Angeles, CA 90012-3342
cr             +Wells Fargo Bank, N.A., as Trustee, on Behalf of t,    c/o Locke Lord LLP,
                 300 South Grand Ave.,    Suite 2600,    Los Angeles, CA 90071-3194
36475455        JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
36501539        Navient Solutions Inc.,    Po Box9640,    Wilkes-Barre, PA 18773-9640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              E-mail/PDF: marshallssanders@yahoo.com Aug 27 2015 02:14:05     Marshall Samuel Sanders,
                 1621 Kensing Ln,    Santa Ana, CA 92705-3074
smg             EDI: EDD.COM Aug 27 2015 02:03:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Aug 27 2015 02:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
36455575       +EDI: CHRM.COM Aug 27 2015 02:03:00      Chrysler Capital,    P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
36367407        EDI: IRS.COM Aug 27 2015 02:03:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
36413417        Fax: 562-594-8117 Aug 27 2015 02:24:48      LBS Financial Credit Union,    PO Box 4860,
                 Long Beach CA 90804-0860
36389204       +EDI: STF1.COM Aug 27 2015 02:03:00      SunTrust Bank,    Attn. Support Services,
                 P.O. Box 85092,    Richmond, VA 23286-0001
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
36491856*       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2015 at the address(es) listed below:
              Amrane (SA) Cohen (TR)    efile@ch13ac.com
              Daniel K Fujimoto    on behalf of Interested Party    Courtesy NEF wdk@wolffirm.com
              Gilbert R Yabes    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION
               ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
              Gilbert R Yabes    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
              Jolene Tanner    on behalf of Creditor    United States of America on behalf of the Internal
               Revenue Service jolene.tanner@usdoj.gov
              Shiva D. Beck    on behalf of Creditor    Select Portfolio Servicing, Inc. sdelrahim@lockelord.com
              Shiva D. Beck    on behalf of Creditor    National Default Servicing Corporation
               sdelrahim@lockelord.com
              Shiva D. Beck    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on Behalf of the
               Holders of Harborview Mortgage Loan Trust Mortage Loan Pass-Through Certificates, Series 2007-1
               sdelrahim@lockelord.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

```
District/off: 0973-8          User: tduarteC              Page 2 of 2            Date Rcvd: Aug 26, 2015
                              Form ID: van151             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 9

## United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Marshall Samuel Sanders

**BANKRUPTCY NO.**  8:15–bk–13011–ES

**CHAPTER**  13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–7338
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 8/26/15

**Address:**
1621 Kensing Ln
Santa Ana, CA 92705–3074

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3) pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: August 26, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13b VAN–151) Rev. 03/09

**66 – 18 / DUA**