ORIGINAL

Marshall Samuel Sanders, In *Propria Persona*
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012

Marshall Samuel Sanders, In Propria Persona

FILED
AUG 28 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA— SOUTHERN DIVISION—SANTA ANA

| | |
|---|---|
| In Re:<br><br>Marshall Samuel Sanders,<br><br>Debtor. | Bankruptcy Case No.: 8:15-bk-13011-ES<br><br>**AMENDED NOTICE OF APPEAL**<br>**(SEE ATTACHED ORDER OF**<br>**DISMISSAL AND DENIED MOTION TO**<br>**CONVERT)** |

Debtor respectfully submits the attached **ORDER OF DISMISSAL** and **DENIED MOTION TO CONVERT** ending his bankruptcy, with a bar, in order to perfect the instant Amended Notice of Appeal and cure the Deficiency that the original Notice of Appeal did not contain the ORDER above-referenced.

Dated this 27th day of August, 2015

_____
Marshall Samuel Sanders, Debtor

In *Propria Persona*

**AMENDED NOTICE OF APPEAL**

- 1

# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Marshall Samuel Sanders

**BANKRUPTCY NO.** 8:15-bk-13011-ES

**CHAPTER** 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):   xxx-xx-7338
Employer Tax-Identification (EIN) No(s).(if any):   N/A
Debtor Dismissal Date: 8/26/15

**Address:**
1621 Kensing Ln
Santa Ana, CA 92705-3074

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;
(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3) pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: August 26, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13b VAN-151) Rev. 03/09

66 – 18 / DUA

1 | Party Name, Address, Telephone &
FAX Nos. & Email Address:

2 Marshall Samuel Sanders, In Propria Persona
3 1621 Kensing Lane
4 Santa Ana, CA 92705-3074
5 tel. (714) 665-8012

**FILED** AUG 26 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**ENTERED** AUG 26 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Marshall Samuel Sanders

Debtor(s),

n/a        vs.

n/a

Plaintiff(s),

Defendant(s).

Case No.: 8:15-bk-13011-ES

Chapter: 13

~~PROPOSED~~ ORDER on Motion to CONVERT

Adversary No.: n/a

Title: ~~[blacked out]~~ ORDER ON MOTION TO CONVERT

☒ No hearing
☐ Hearing

DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
Santa Ana, CA 92701

LODGED AUG 24 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

The Court having considered the motion presented, hereby ~~GRANTS the motion to convert~~ DENIES the motion as moot in light of dismissal of Debtor's case on 8/25/15.

DATE 8/26/15

Hon. Erithe A. Smith

- 1 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane, Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled **AMENDED NOTICE OF APPEAL** and this Proof of Service will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: No access.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/29/15, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe Smith, 411 W. Fourth St., Courtroom 5A/Ste. 5040, Santa Ana, CA 92701-4500 (5th fl. bin outside elevators)
U.S. Trustee, 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701, Pers. Delv'y Recep. & nancy.goldenberg@usdoj.gov
Amrane Cohen, Chapter 13 Trustee, 770 The City Drive S., Ste. 8500, Orange, CA 92868-4958 (e-file)
Locke Lord 300 S. Grand Ave.,Ste 2600, Los Angeles, CA 90071-3194:csison@lockelord.com;sdelrahim@lockelord.com
Adam Frederick Summerfield, McGuireWoodsLLP,1800 CenturyPkE Ste900, L.A.,CA asummerfield@mcguirewoods.com
Bank of America/Countrywide, 100 N. Tryon St., Charlotte, NC 28202-4031 (Bankruptcy Fax (800) 520-5019)
LBSFCU, P.O. Box 4860, Long Beach, CA 90804, T: (714) 893-5111; (jflores@lbsfcu.org; jkuecks@lbsfcu.org)
IRS, POB 7346, Phila., PA 19101-7346, Fax (855) 383-8816
SunTrust Bank, POB 85092, Richmond, VA 23286, Ashley Carter, BK Specialist: T: (800) 635-3112; F: (804) 291-3169
Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital. P.O. Box 961275 Fort Worth, TX 76161-1245,Telephone No. (855) 563-5635; Fax: (800) 215-7221
JPMorgan Chase Bank, N.A., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730, efile@fivelakesagency.com
Navient Solutions Inc., P.O. Box 9640, Wilkes-Barre, PA 18773-9640, poc_request@navient.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/27/15 | Lydia O. Sanders | *Lydia O. Sanders* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.