FILED

SEP 1 - 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>MARSHALL SAMUEL SANDERS,<br><br><br><br>Debtor(s) | BAP/USDC NO.: CC-15-1218<br><br>CASE NO.: 8:15-bk-13011-ES<br><br>ADVERSARY NO.: N/A<br><br>APPEAL DOCKET ENTRY NO.: 31 |
| <br><br><br>Plaintiff(s)<br><br>vs.<br><br><br><br>Defendant(s) | **CERTIFICATE OF READINESS AND<br>COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:

☒ Bankruptcy Appellate Panel of the Ninth Circuit

☐ U.S. District Court

☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:

Richard L. Antognini, Law Offices of Richard L. Antognini, 2036 Nevada City Highway, Suite 636, Grass Valley, CA 94945

Attorney of Record for Appellee:

Amrane Cohen, 770 The City Drive South, Suite 8500, Orange, CA 92868

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:

☐ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.

☒ No transcripts were requested by either the Appellant or Appellee.

☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: ___09/01/2015___          By: ___Nickie Bolte___  *Nickie Bolte*
                                     Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

☒ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
☐ United States District Court at bkappeal_cacd@cacd.uscourts.gov

Office of the U.S. Trustee
☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

Other Parties Served by NEF:
Shiva D. Beck    sdelrahim@lockelord.com
Amrane (SA) Cohen (TR)    efile@ch13ac.com
Daniel K Fujimoto    wdk@wolffirm.com
Jolene Tanner    jolene.tanner@usdoj.gov
Gilbert R Yabes    ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

Richard L. Antognini
Law Offices Of Richard L. Antognini
2036 Nevada City Highway, Suite 636
Grass Valley, California  94945

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074

Locke Lord
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071-3194

Bank of America/Countrywide
100 N. Tryon Street,
Charlotte, NC  28202

LBS Federal Credit Union
P.O. Box 4860
Long Beach, CA  90804

IRS
P.O. Box 7346
Philadelphia, PA

SunTrust Bank
P.O. Box 85092
Richmond, VA  23286