# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**To:** Clerk, Santa Ana  Bankruptcy Court
**Debtor(s):** MARSHALL SAMUEL SANDERS
**BAP No.:** CC-15-1284
**Bk. Ct. No.:** 8:15-bk-13011-ES          **ADV. NO.:**

**INTERNAL Bk. Ct. NO.:** ***

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

Susan M Spraul, BAP Clerk

**By:** Vicky Jackson-Walker, Deputy Clerk
**Date:** September 2, 2015