Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, California 92705-3074
Telephone: (714) 665-8012
Facsimile:  (714) 665-8012
Email: marshallssanders@yahoo.com

Marshall Samuel Sanders, Debtor, *Pro Se*

**FILED**

SEP 29 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

In re:

Marshall Samuel Sanders,

Debtor.

Bankruptcy Case No.:  8:15-bk-13011-ES
BAP Case No.:: CC-15-1284

Chapter 13

**DESIGNATION OF THE RECORD UNDER F.R.B.P. 8009**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

## DESIGNATION OF THE RECORD UNDER F.R.B.P. 8009

1. Docket in Case No. 8:15-bk-13011-ES.

2. Docket No. 1—Chapter 13 Voluntary Petition.

3. Docket No. 4—Notice of Motion and Motion for Order Imposing a Stay.

4. Docket No. 5—Application for Order Shortening Time.

5. Docket No. 6—Notice of non-entitlement to discharge.

6. Docket No. 7—Order granting application for order shortening time.

7. Docket No. 15—Opposition to Motion for Order Imposing a Stay.

8. Docket No. 16—Request for Judicial Notice in Support of Opposition to Motion for Order Imposing a Stay.

25. Docket No. 50—Notice of Motion and Motion for Relief from the Automatic Stay filed by Wells Fargo Bank.

26. Docket No. 51—Memorandum of Points and Authorities in support of Motion for Relief filed by Wells Fargo Bank.

27. Docket No. 52—Request for Judicial Notice filed by Wells Fargo Bank.

28. Docket No. 57—Addendum to Objection to Plan filed by the Internal Revenue Service.

29. Docket No. 58—Motion to Convert Case from Chapter 13 to Chapter 11 filed by Debtor.

30. Docket No. 59—Declaration of Debtor in Support of Motion to Convert.

30.1. No Docket no.—Audio CD recording of August 25, 2015 bankruptcy court Chapter 13 Confirmation Hearing and Hearing on Motion to Convert Case under Chapter 13 to Chapter 11 in-hand and to be provided to the BAP as the BAP instructs, either in MP3 digital format or CD.

31. Docket No. 63—Notice of Appeal and Statement of Election to BAP.

32. Docket No. 66—Order and Notice of Dismissal with 180-day bar.

33. Docket No. 67—Order on Motion to Convert: Denied.

34. Docket No. 68—Notice of Referral of Appeal to The United States Bankruptcy Appellate Panel of The Ninth Circuit Court of Appeals.

35. Docket No. 72—Amended Notice of Appeal.

36. Docket No. 73—Certificate of Readiness of Record on Appeal to The United States Bankruptcy Appellate Panel of The Ninth Circuit Court of Appeals for BAP Case No. CC-15-1218.

37. Docket No. 74—Notice of Acknowledgement from The United States Bankruptcy Appellate Panel of The Ninth Circuit Court of Appeals and Assignment of BAP Case No. CC-15-1284.

38. Docket No. 75—Notice that the BAP has docketed the appeal in Case No. CC-15-1284.

39. Docket No. 76—Hearing Held on Wells Fargo Bank's Motion for Relief from Stay (when no stay was in effect). Motion moot. Case previously dismissed.

40. Docket No. 77—Transcript of August 25, 2015 hearing on plan confirmation and motion to convert ordered and now in-hand and to be provided to the BAP as the BAP instructs. (As of now, electronic access is restricted.)

STATEMENT OF ISSUES ON APPEAL
Case No. 8:15-BK-13011-ES
BAP Case No. CC-15-1284

Dated:    September 29, 2015

By: _____

Marshall Samuel Sanders
Debtor *Pro Se*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1621 Kensing Lane
Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled (*specify*): DESIGNATION OF THE RECORD UNDER
F.R.B.P. 8009

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   No access.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
   n/a

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _09/29/2015_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, 411 West Fourth Street, Suite 5040/Courtroom 5A, Santa Ana, CA 92701-4593 (5th fl. bin)
Amrane Cohen, Chapter 13 Truste, 770 The City Drive South, Suite 8500, Orange, CA 92868-4958 (e-file)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/2015 | Lydia O. Sanders | *Lydia O. Sanders* |
| --- | --- | --- |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.