Marshall Samuel Sanders (Pro Se)
1621 Kensing Lane
Santa Ana, California 92705-3074
Telephone:     (714) 665-8012
Facsimile:      (714) 665-8012
Email:          marshallssanders@yahoo.com

Debtor Pro Se

FILED
SEP 30 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor. | Case No.: 8:15-BK-13011-ES<br>BAP Case No.: CC-15-1284<br><br>Chapter 13<br><br>**TRANSCRIPT ORDER NOTICE**<br><br>F.R.B.P. 8009 and 9th Cir. BAP Rule 8009-1 |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**TRANSCRIPT ORDER NOTICE**

F.R.B.P. 8009 and 9th Cir. BAP Rule 8009-1

A transcript has already been ordered and received, plus an audio (CD) recording, for the hearing held on August 25, 2015 in the bankruptcy court before the Hon. Erithe A. Smith.

Dated: September 30, 2015          MARSHALL SAMUEL SANDERS

By: _____
Marshall Samuel Sanders
Debtor Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane, Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled (*specify*): TRANSCRIPT ORDER NOTICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
No access.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: n/a
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/30/15, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, 411 W. 4th St., Ste.5040/Courtroom 5A, Santa Ana, CA 92701-4593
Amrane Cohen, 770 The City Drive South, Suite 8500, Orange, CA 92868-4958

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/15 | Lydia O. Sanders | /s/ Lydia O. Sanders |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE