1

2

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 8500**
3

**Orange CA, 92868**
**Tel: (714) 621-0200**
4

**Fax: (714) 621-0277**

5

6

**UNITED STATES BANKRUPTCY COURT CENTRAL**
**DISTRICT OF CALIFORNIA**

7

8

IN RE:

**Case No.:  8:15-bk-13011-ES**

9

**MARSHALL SAMUEL SANDERS**

**DECLARATION RE NON-RECEIPT OF**
**OBJECTIONS TO TRUSTEE'S FINAL REPORT &**
10

**ACCOUNT**

Debtor(s).

11

12

13      On   August 31, 2015, this office served upon the interested parties a "Notice of Filing of

14   Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's

15   Final Report & Account within the time period permitted by Rule 5009, or at all.

16
        I declare under penalty of perjury that the foregoing is true and correct.

17
        Executed on October 06, 2015 at Orange, California.

18

19   Dated:  October 06, 2015

20                                                  /s/ ALEXIS JARAMILLO
                                                    ALEXIS JARAMILLO
21

22

23

24

25

26

27

28