LOCKE LORD LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Shiva Delrahim Beck (SBN: 228841)
sdelrahim@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:     213-485-1500
Facsimile:     213-485-1200

Attorneys for SELECT PORTFOLIO SERVICING, INC. AND WELLS FARGO BANK, N.A., AS
TRUSTEE, ON BEHALF OF THE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST
MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No. 8:15-bk-13011-ES |
| | ) |
| **MARSHALL SAMUEL SANDERS**, | ) BAP Case No. CC- 15-1284 |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| | ) **APPELLEES' SELECT PORTFOLIO** |
| | ) **SERVICING, INC. AND WELLS FARGO** |
| | ) **BANK, N.A., AS TRUSTEE DESIGNATION** |
| | ) **OF ADDITIONAL ITEMS TO BE** |
| | ) **INCLUDED IN THE RECORD ON APPEAL** |
| | ) **PURSUANT TO FRBP 8009(a)(2)** |
| | ) |

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Appellees Select Portfolio Servicing, Inc. ("SPS") and Wells Fargo Bank, N.A., as Trustee, on behalf of the holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1 ("WFB, as Trustee, together with SPS, the "Appellees") by and through their undersigned attorneys, hereby submit this designation of additional items to be included in the record on appeal to the United States Bankruptcy Appellate Panel for the Ninth Circuit in connection with the *Amended Notice of Appeal (See Attached order of Dismissal and Denied Motion to Convert)* [BK Doc 72; BAP Doc 1].

In accordance with Bankruptcy Rule 8009(a)(2), Appellees will provide the Clerk of the Bankruptcy Court with the items designated below for inclusion in the record on appeal.

### Designation of Additional Items to be Included in the Record on Appeal

Appellees designate the following additional items to be included in the Record on Appeal:

| Bankruptcy Docket Number | Filing Date | Additional Item to Be Included |
|---|---|---|
| 14 | 06/23/2015 | Notice that Trustee May Make an Oral Motion to Dismiss or Convert This Case for Cause |
| 18 | 06/29/2015 | Chapter 13 Plan |
| 19 | 06/29/2015 | Schedules of Assets and Liabilities |
| 21 | 07/01/2015 | Emergency Ex Parte Motion to Strike any and All Opposition to Debtor's Motion to Impose Stay as Time-Barred by this Court's Own Order Setting a Deadline for Such an Opposition, and that Deadline has been Ignored; Request for Sanctions; and Request for Judicial Notice of Debtor's February 17, 2010 Exercise of his TILA Right of Rescission, and by that TILA Rescission, by Operation of Law, The Note and Deed of Trust Became "Void" February 17, 2010 (Jesinoski, 574 U.S. (2015), Thus "Opposition" Lacks Standing to Utter "Anything" In Regard to The Instant Bankruptcy, for There is no Longer in Existence a Deed of Trust or a Note Encumbering Debtor's Home |
| 22 | 07/02/2015 | Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected to Via a Motion to Strike) to Motion to Impose Stay |

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

| Bankruptcy Docket Number | Filing Date | Additional Item to Be Included |
|---|---|---|
| 23 | 07/02/2015 | Points and Authorities in Support of Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected to Via a Motion to Strike) to Motion to Impose Stay |
| 24 | 07/02/2015 | Declaration of Marshall Samuel Sanders, Debtor, Regarding His Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected to Via a Motion to Strike) to Motion to Impose Stay |
| 26 | 07/06/2015 | Annotated Points and Authorities in Support of Reply of Marshall Samuel Sanders, Debtor, to Purported "Creditors'" Opposition (Late Filed and Separately Objected to Via a Motion to Strike) to Motion to Impose Stay |
| 27 | 07/06/2015 | Declaration of Notice and Service |
| 30 | 07/07/2015 | Request for Order |
| 31 | 07/07/2015 | Notice of Appeal to the Ninth Circuit Court of Appeals Bankruptcy Appellate Panel |
| 35 | 07/10/2015 | Order Denying Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay [Docket #4] and Emergency Ex Parte Motion to Strike Any and all Opposition to Debtor's Motion to Impose Stay [Docket No. 21] |
| 37 | 07/14/2015 | Order Denying Request for Order |
| 39 | 07/21/2015 | Objection of Wells Fargo Bank, N.A., as Trustee to Confirmation of Debtor's Chapter 13 Plan |
| 41 | 07/21/2015 | Amended Notice of Appeal and Statement of Election |
| 42 | 07/27/2015 | Notice of Stay of Proceedings |

///

///

///

///

///

///

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Dated:  October 13, 2015

Respectfully submitted,

LOCKE LORD LLP

By:     /s/ Shiva Delrahim Beck
                 Shiva Delrahim Beck
                 Conrad V. Sison
        Attorneys for Select Portfolio Servicing, Inc.
        and Wells Fargo Bank, N.A., as Trustee, on
        behalf of the holders of the Harborview
        Mortgage Loan Trust Mortgage Loan Pass-
        Through Certificates, Series 2007-1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Locke Lord LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA 90071**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 South Grand Ave., Suite 2600, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): **APPELLEES' SELECT PORTFOLIO SERVICING INC. AND WELLS FARGO BANK, N.A., AS TRUSTEE DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FRBP 8009(a)(2)**  will be served or was served **(a)** on the judge in chambers in the form and manner  required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 13, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Chapter 13 Trustee – efile@ch13ac.com
- Interested Party – wdk@wolffirm.com
- United States Trustee – ustpregion16.sa.ecf@usdoj.gov
- Bank of America, National Association – ecfcacb@aldridgepite.com; gry@ecf.inforuptcy.com; gyabes@aldridgepite.com
- United States of America, Internal Revenue Service – Jolene.tanner@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 13, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **Debtor**
> Marshall Samuel Sanders
> 1621 Kensing Lane
> Santa Ana, CA 92705-3074

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 13, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> **Judge's Copy – Via Overnight Service**
> Honorable Erithe A. Smith
> United States Bankruptcy Court
> Ronald Reagan Federal Building
> 411 W. Fourth Street, Suite 5040 (by 5th Floor Elevator)
> Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13, 2015 | Antoinette Taylor | /s/ Antoinette Taylor |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**