AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 8500
Orange CA, 92868
Tel: (714) 621-0200
Fax: (714) 621-0277



FILED
OCT 15 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA

IN RE:

MARSHALL SAMUEL SANDERS

Debtor(s).

Chapter 13
Case No.: 8:15-bk-13011-ES

DISCHARGE OF CHAPTER 13 TRUSTEE AND ORDER CLOSING CASE.

    Pursuant to the Trustee's Final Report & Account, and the Trustee's Declaration re Non-Opposition on file herein,

    IT IS ORDERED that the Chapter 13 Trustee is discharged, and the Trustee's Bond is exonerated, and this case is closed.

Dated: 10/8/2015

For The Court

**Kathleen J. Campbell**
*Clerk of Court*