**FILED**
**OCT 29 2015**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>MARSHALL SAMUEL SANDERS<br><br>Debtor(s) | BAP/USDC NO.: CC-15-1284<br>CASE NO.: 8:15-bk-13011-ES<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: 63 |
| Plaintiff(s)<br>vs.<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- [X] Bankruptcy Appellate Panel of the Ninth Circuit
- [ ] U.S. District Court
- [ ] U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Richard L. Antognini, Law Office Of Richard L. Antognini
2036 Nevada City Highway, Suite 636
Grass Valley, California 94945-7700

Attorney of Record for Appellee:
Shiva Delrahim Beck, Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071    (Additional Attorneys for Appellees listed on second page)

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- [X] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- [ ] No transcripts were requested by either the Appellant or Appellee.
- [ ] Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 10/29/2015    By: Nickie Bolte *Nickie Bolte*
Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   - [x] Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   - [ ] United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee

   - [ ] Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   - [ ] Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   - [x] Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   - [ ] San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   - [ ] Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Shiva D. Beck     sdelrahim@lockelord.com
   Amrane (SA) Cohen (TR)     efile@ch13ac.com
   Daniel K Fujimoto     wdk@wolffirm.com
   Jolene Tanner     jolene.tanner@usdoj.gov
   Gilbert R Yabes     ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Marshall Samuel Sanders
   1621 Kensing Lane
   Santa Ana, CA 92705-3074

   Richard L. Antognini
   Law Offices of Richard L. Antognini
   2036 Nevada City Highway, Suite 636
   Grass Valley, CA 95945-7700

   Jay Kui Chien
   770 The City Drive South, Suite 8500
   Orange, CA 92868