FILED

NOV 02 2015

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: ) | BAP No. CC-15-1218 |
| ) | |
| ) | Bk. No. 8:15-bk-13011-ES |
| MARSHALL SAMUEL SANDERS, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| MARSHALL SAMUEL SANDERS, ) | |
| ) | |
| Appellant, ) | |
| v. ) | **ORDER DISMISSING APPEAL** |
| ) | |
| AMRANE COHEN; UNITED STATES ) | |
| TRUSTEE, ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

Before:  KURTZ, TAYLOR, and KIRSCHER, Bankruptcy Judges.

This appeal has been judicially reviewed.  On July 10, 2015, appellant filed a notice of appeal following the bankruptcy court's announcement of its decision to deny appellant's motion for the imposition or continuation of a stay.  Bankruptcy Court Docket at 31 (Notice of Appeal) and 25 (Order Denying Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay).  The notice of appeal was forwarded to the BAP and assigned BAP Appeal No. CC-15-1218.

On October 9, 2015, appellant filed a motion to dismiss BAP Appeal No. CC-15-1218 without prejudice.

In the motion to dismiss, appellant submits that the order on appeal is interlocutory. We disagree. To the extent that the order on appeal is not final under the standard of flexible finality, the dismissal of the underlying case has rendered the orders on appeal final. See Duckor Spradling & Metzger v. Baum Trust (In re P.R.T.C., Inc.), 177 F.3d 774, 780 (9th Cir. 1999); 28 U.S.C. § 158.

Accordingly, this appeal is hereby ORDERED DISMISSED without prejudice to reinstatement in the event that a merits panel reverses the bankruptcy court's order dismissing the underlying bankruptcy case (which order is the subject of BAP Appeal No. CC-15-1284).

A certified copy of this order sent to the bankruptcy court shall serve as the Panel's mandate.